Jose Navejar, pro se. Kenneth Fitzgerald Whitted, Raleigh, NC, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Jose Navejar seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Navejar,* Nos. CR–99–149–5–BO; CA–01–121–5 BO (E.D.N.C.

Isaac Eugene SLAPPY, Plaintiff–Appellant,

and

Jeffery Ray Addy; Mansa Musa Banshee, Plaintiffs,

v.

J. Bryant DIEHL; Top Republic Tobacco, Defendants–Appellees.

Jeffery Ray Addy, Plaintiff–Appellant,

and

Isaac Eugene Slappy; Mansa Musa Banshee, Plaintiffs,

v.

J. Bryant Diehl; Top Republic Tobacco, Defendants–Appellees.

Nos. 01–6684, 01–6795.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Isaac Eugene Slappy, Jeffery Ray Addy, pro se. Terry B. Millar, Terry B. Millar,

L.L.C., Rock Hill, SC; Thomas Frank Dougall, Bowers, Orr & Dougall, Columbia, SC, for appellees.

Before WILLIAMS, MICHAEL and MOTZ, Circuit Judges.

PER CURIAM.

Isaac Eugene Slappy and Jeffery Ray Addy appeal the district court's orders denying relief on their motions for relief from judgment. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Addy v. Diehl*, No. CA–99–3125–3–18BC (D.S.C. filed Mar. 22, 2001; entered Mar. 23, 2001; filed and entered Mar. 26, 2001). We deny Addy's motion for appointment of counsel on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*